IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr84-MHT |
| BARBARA MURRY, | ) | (WO) |
| DOUGLAS MURRY, | ) | |
| DOUGLAS MURRY, III, | ) | |
| YOLANDA MOSES, | ) | |
| LEE MOSES, | ) | |
| VERONICA TEMPLE, | ) | |
| JEFFREY TEMPLE, | ) | |
| ALMETTA JOHNSON, | ) | |
| and COURTNEY JOHNSON. | ) | |

## OPINION AND ORDER

This cause is before the court on all defendants' motion to continue. For the reasons set forth below, the court finds that jury selection and trial, currently set for July 30, 2012, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act,

18 U.S.C. § 3161. In pertinent part, the Act provides:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court shall consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

Counsel for the defendants urge this court to continue the trial date because of the voluminous discovery documents that the government has provided (over 11,000 thus far) and which each counsel must review in preparation of their defense.  In addition, the government intends on producing more documents relevant to the case, which have not been provided to defense counsel at this time.  Last, some of the defendants' lawyers have had trouble accessing the documents produced by the government thus far due to the government's data-encryption codes.  In proceedings held in open court where these reasons were explored and clarified, the court ordered that the government make available its information technology staff to resolve any of the access issues with the documents.

On the basis of the attestations made in open court and those in the defendants' motion, the court concludes that in this case the ends of justice served by granting a continuance outweigh the interest of the public and

each defendant in a speedy trial. To put on an adequate defense, defense counsel must have the opportunity not just to read (at a painstakingly slow rate given some of the technology problems with the documents) the record once, they must understand the record well enough to test the government's proof and to anticipate issues that may pertain to each client vis-a-vis the other defendants in this nine-defendant matter. In addition, the government does not oppose the motion for a continuance.

***

Accordingly, it is ORDERED as follows:

(1) Defendants Barbara Murry, Douglas Murry, Douglas Murry, III, Yolanda Moses, Lee Moses, Veronica Temple, Jeffrey Temple, Almetta Johnson, and Courtney Johnson's motion for continuance (Doc. No. 87) is granted. (While the motion was filed by defendant Courtney Johnson, all other defendants orally joined in the motion at a hearing on May 29, 2012.)

(2) The jury selection and trial for these defendants, now set for July 30, 2012, are reset for November 5, 2012, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The court recognizes that it has another multi-defendant case set for November 5, 2012. One case will be tried after the other, with the oldest case going first.

DONE, this the 29th day of May, 2012.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**