IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr84-MHT |
| DOUGLAS MURRY, III, | ) | (WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The government's motion to dismiss (doc. no. 167) is granted.

(2) Counts four and five of the indictment (doc. no. 1) are dismissed without prejudice.

(3) Count one of the indictment (doc. no. 1) is dismissed without prejudice to the extent it pertains to defendant Douglas Murry, III.

(4) Defendant Douglas Murry, III is discharged.

DONE, this the 16th day of October, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE